

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2

Brett Wiltsey (BW 6614)
DILWORTH PAXSON LLP
A Pennsylvania Limited Liability Partnership
Liberty View, Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 675-1900
Attorneys for Gloucester City, Camden County

**Order Filed on October 24, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

BARRY T. LATELLA,

　　　　Debtor.

Case No. 15-31664-JNP
HONORABLE JERROLD N. POSLUSNY JR.

Hearing Date: October 23, 2018 at 10:00 a.m.

ORAL ARGUMENT REQUESTED

### CONSENT ORDER RESOLVING CITY OF GLOUCESTER CITY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: October 24, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

120477280.1

Page 2
Debtor: Barry T. Latella
Case No. 15-31664-JNP
Caption of Order: Order Granting City of Gloucester City, Camden County, Immediate Relief From The Automatic Stay As To Real Property

Upon the Motion of the City of Gloucester City, Camden County, New Jersey ("**Gloucester City**"), under Bankruptcy Code §362(d) for immediate relief from the automatic stay as to certain real property situated in the City of Gloucester City, known as 125 Park Avenue, Gloucester City, Camden County, State of New Jersey, a/k/a Block 267.01, Lot 17, on the Gloucester City Tax Map (the "**Property**"), and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1. Debtor, Barry T. Latella (the "**Debtor**"), as of September 28, 2018, was in arrears to the Gloucester City for post-petition obligations on the Property and on September 26, 2018 Gloucester City filed a Notice of Motion for Relief from the Automatic Stay in order to resume collection proceedings for the outstanding post-petition obligations, and attorney's fees, against the Property.

2. Debtor has since made payment in full to the City of Gloucester representing all outstanding municipal obligations, and the Property is now current with the Gloucester City Tax Collector's Office.

3. Debtor shall pay each tax, water/sewer obligation or other assessment from the City of Gloucester City as they become due and owing for the balance of this bankruptcy case.

4. In the event Debtor fails to comply with the payments terms of Paragraph 3 within thirty (30) days of the payment due date, the City of Gloucester City may obtain relief from the automatic stay by filing with the court a certification of non-payment. The City of Gloucester City shall serve a copy of the certification of non-payment on the Debtor's attorney and the Chapter 13 trustee. Unless the Debtor's attorney files and serves an objection within fourteen

Page 3
Debtor: Barry T. Latella
Case No. 15-31664-JNP
Caption of Order: Order Granting City of Gloucester City, Camden County, Immediate Relief From The Automatic Stay As To Real Property

(14) days of service of the certification of non-payment, the court may enter an order granting relief from the automatic stay to Gloucester City without the need for further court appearance.

5. Gloucester City shall serve a copy of this Order on Debtor, the Debtor's attorney, the Chapter 13 Trustee, and any other party who entered an appearance on the Motion who were not already electronically filed.

6. The Debtor and Gloucester City, by their undersigned counsel, herby consent to the entry of the above Consent Order with respect to the relief and the Property described above.

Dated: 10/23/18

Joseph J. Rogers, Esquire
Attorney for the Debtor

By: _____
Joseph J. Rogers

Dated: 10/22/18

Dilworth Paxson LLP
Attorneys for the City of Gloucester City

By: /s/ Brett Wiltsey
Brett Wiltsey