UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2

Order Filed on October 24, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Brett Wiltsey (BW 6614)
DILWORTH PAXSON LLP
A Pennsylvania Limited Liability Partnership
Liberty View, Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 675-1900
Attorneys for Gloucester City, Camden County

In Re:

BARRY T. LATELLA,

    Debtor.

Case No. 15-31664-JNP
HONORABLE JERROLD N. POSLUSNY JR.

Hearing Date: October 23, 2018 at 10:00 a.m.

ORAL ARGUMENT REQUESTED

## CONSENT ORDER RESOLVING CITY OF GLOUCESTER CITY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED.**

**DATED: October 24, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

120472289.1

Page 2
Debtor: Barry T. Latella
Case No. 15-31664-JNP
Caption of Order: Order Granting City of Gloucester City, Camden County, Immediate Relief From The Automatic Stay As To Real Property

Upon the Motion of the City of Gloucester City, Camden County, New Jersey ("**Gloucester City**"), under Bankruptcy Code §362(d) for immediate relief from the automatic stay as to certain real property situated in the City of Gloucester City, known as 125 Park Avenue, Gloucester City, Camden County, State of New Jersey, a/k/a Block 267.01, Lot 17, on the Gloucester City Tax Map (the "**Property**"), and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1. Debtor, Barry T. Latella (the "**Debtor**"), as of September 25, 2018, was in arrears to the Gloucester City for post-petition obligations on the Property and on September 26, 2018 Gloucester City filed a Notice of Motion for Relief from the Automatic Stay in order to resume collection proceedings for the outstanding post-petition obligations, and attorney's fees, against the Property.

2. Debtor has since made payment in full to the City of Gloucester representing all outstanding municipal obligations, and the Property is now current with the Gloucester City Tax Collector's Office.

3. Debtor shall pay each tax, water/sewer obligation or other assessment from the City of Gloucester City as they become due and owing for the balance of this bankruptcy case.

4. In the event Debtor fails to comply with the payments terms of Paragraph 3 within thirty (30) days of the payment due date, the City of Gloucester City may obtain relief from the automatic stay by filing with the court a certification of non-payment. The City of Gloucester City shall serve a copy of the certification of non-payment on the Debtor's attorney and the Chapter 13 trustee. Unless the Debtor's attorney files and serves an objection within fourteen

Page 3
Debtor: Barry T. Latella
Case No. 15-31664-JNP
Caption of Order: Order Granting City of Gloucester City, Camden County, Immediate Relief From The Automatic Stay As To Real Property

(14) days of service of the certification of non-payment, the court may enter an order granting relief from the automatic stay to Gloucester City without the need for further court appearance.

5. Gloucester City shall serve a copy of this Order on Debtor, the Debtor's attorney, the Chapter 13 Trustee, and any other party who entered an appearance on the Motion who were not already electronically filed.

6. The Debtor and Gloucester City, by their undersigned counsel, herby consent to the entry of the above Consent Order with respect to the relief and the Property described above.

Dated: 10/23/18

Joseph J. Rogers, Esquire
Attorney for the Debtor

By: _____
Joseph J. Rogers

Dated: 10/22/18

Dilworth Paxson LLP
Attorneys for the City of Gloucester City

By: /s/ Brett Wiltsey
Brett Wiltsey

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-31664-JNP
Barry T. Latella                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Barry T. Latella,    125 Park Avenue,    Gloucester City, NJ 08030-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Brett W. Wiltsey    on behalf of Creditor Brett Wiltsey Esq.   City Gloucester City
               bwiltsey@dilworthlaw.com,    cct@dilworthlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Barry T. Latella jjresq@comcast.net,    jjresq1@comcast.net
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A.
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
                                                                                               TOTAL: 6